IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FAMILY MEDICINE PHARMACY, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 15-187-KD-B |
| | * |
| ADVANCED RX, INC., | * |
| | * |
| Defendant. | * |

**NOTICE OF DISMISSAL**

**COMES NOW**, the Plaintiff Family Medicine Pharmacy, LLC, in the above-styled cause, by and through its counsel, and, in accord with Rule 41(b) of the *Federal Rules of Civil Procedure*, respectfully requests this Honorable Court to dismiss the above-styled cause without prejudice, costs taxed as paid.

Done this 21st day of December, 2015.

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann, Esq.
ASB-2956-N76D
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
Tel: (205) 983-7985
Fax: (888) 505-0523
fuli@zarzaur.com
*Attorney for Plaintiff*

/s/ James McFerrin
James McFerrin, Esq.
ASB-2945-M72J
MCFERRIN LAW FIRM
265 Riverchase Parkway, Ste 202
Tel: (205) 870-5704
Fax: (205) 250-7675
jhmcferrin@bellsounth.net\
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on this the 21st Day of December, 2015 caused a copy of the NOTICE OF DISMISSAL be placed in a postage-paid envelope addressed to the Defendant, at the addresses stated below, which is the last known principal address of said defendant and the address of its registered agent within the state of Alabama, and deposited said envelopes in the United States mail:

Advanced RX
c/o Registered Agent
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

                /s/ Diandra S. Debrosse Zimmermann
                Diandra S. Debrosse Zimmermann, Esq.
                ASB-2956-N76D
                ZARZAUR MUJUMDAR & DEBROSSE
                2332 2nd Avenue North
                Birmingham, Alabama 35203
                Tel: (205) 983-7985
                Fax: (888) 505-0523
                fuli@zarzaur.com
                *Attorney for Plaintiff*