IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FAMILY MEDICINE PHARMACY, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION 15-00187-KD-B** |
| | ) | |
| **ADVANCED RX, INC.,** | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Notice of Dismissal. (Doc. 13). Plaintiff filed its Notice pursuant to Federal Rule of Civil Procedure 41(b) requesting that the Court dismiss the case without prejudice. (Id.). Rule 41(b) states: "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it…" This rule is inapplicable here, as Plaintiff rather than Defendant, seeks dismissal.

However, Rule 41(a)(1)(A)(i) states that a Plaintiff may voluntarily dismiss an action without a Court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As the opposing party has not filed an answer or a motion for summary judgment, the Court construes Plaintiff's Notice of Dismissal as having been brought pursuant to Rule 41(a). Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this **22nd** day of **December 2015**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**